**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00655-CV

### DAVID C. MEYER, Appellant

### V.

### KAREN MOORE MEYER, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-05419**

## ORDER

We **GRANT** court reporter Tanner Joy Feast's November 3, 2014 second request for extension of time to file record and **ORDER** the reporter's record be filed no later than November 24, 2014.

/s/      ADA BROWN
              JUSTICE